Sealed

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF Florida

FILED BY ___PC___ D.C.

MAY 18 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clarence D Johnson Jr
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CDC Gov OBama Biden Trump
Queen Elizabeth United nations
Illinois Child Family Services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

21-CV-21858-MARTINEZ/BECERRA

Case No.: _____

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Illinois Dept of Children Family services
   Street Address: 1755 Lake Cook Rd
   City and County: Deerfield
   State and Zip Code: Ill 60015
   Telephone Number: 1-847-948-6700
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: The Catholic Charities
   Job or Title (if known): Pope francis paul et al churches
   Street Address: 721 W. Lasalle Dr
   City and County: 1-312-655-7700
   State and Zip Code: Chicago Ill
   Telephone Number: 60654
   E-mail Address (if known): Family stabilitation Program

   Defendant No. 2

   Name: CDC Gov
   Job or Title (if known): Directors, Biden-Trump Obama.
   Street Address: 1600 Clifton Rd
   City and County: Atlanta Ga 30333

   2

State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 3
Name _____ Russell Moore_____
Job or Title  Head of Religion Ethics Board
(if known)
Street Address  Nashville Tennessee
City and County _____
State and Zip Code _____
Telephone Number  Unknown
E-mail Address _____
(if known)

Defendant No. 4
Name  Queen Elizabeth
Job or Title  Prime minister Canada
(if known)
Street Address  United nations all Govt
City and County  Ny Ny
State and Zip Code  China XI Ping KimJongun
Telephone Number  212-963-4475
E-mail Address  Vladmir Putin
(if known)

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Federal, International_

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _ClaudeJohns_, is a citizen of the State of *(name)* _Illinois_.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _Illinois Childfamily_, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _Illinois_.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _Queen Elizabeth_, is a citizen of the State of *(name)* _Canada_. Or is a citizen of *(foreign nation)* _GB United nations_

4

b. If the defendant is a corporation

The defendant, *(name)* __CDC Gov__, is incorporated under the laws of the State of *(name)* __Atlanta__, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Contract Cochran__
__Law firm 1-800-843-3476__
__Steve Malman 312 629-0099__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__International Judicial Kidnapping__
__History of ACLU Corruption VA, Illinois__
__MD Ohio Antidefamation League__
__Kentucky Federal + State House Corruption Boston__
__Dept of Labor Biden, Trump, Obama__

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prisoner Property Seizure

Judicial Kidnapping, International

F.B.I.

Contract Angela Byers 513-421-4310

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/7/, 2021

Signature of Plaintiff   Clarence D. Johnson
Printed Name of Plaintiff   Clarence D. Johnson JR

B. **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
Telephone Number              _____
E-mail Address                _____