UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  21-21858-CIV-MARTINEZ

CLARENCE D. JOHNSON, JR.,

    Plaintiff,

v.

CDC GOV, QUEEN ELIZABETH, UNITED NATIONS, ILLINOIS DEPARTMENT OF CHILDREN FAMILY SERVICES, THE CATHOLIC CHARITIES, and RUSSELL MOORE,

    Defendants.
_____/

### ORDER DENYING MOTION TO SEAL

**THIS CASE** comes before the Court upon Plaintiff's Motion to Seal Documents, (ECF No. 3).  Plaintiff appears to request that all documents be sealed pursuant to the Federal Rules of Civil Procedure, yet he fails to provide any support for his request.  There is a "strong common law presumption favoring public access to judicial proceedings and records." *Recoba v. Fla. Cleaning Sys. of S. Fla.*, No. 05-61339-CIV, 2006 WL 8432158, at *1 (S.D. Fla. Mar. 9, 2006).  Plaintiff has not overcome this strong presumption.  Nor has the Court found any reason to seal this case after reviewing Plaintiff's Complaint and the pertinent record.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Seal Documents, (ECF No. 3), is **DENIED**.  The Clerk is **DIRECTED** to unseal this case.

DONE and ORDERED in Chambers at Miami, Florida, this <u>26th</u> day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Clarence D. Johnson, Jr., *pro se*